UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                             :

RAJIB DAS,                                 :

                         Plaintiff,   :

                                 :             1:26-cv-784-GHW

          -v-                  :

                                 :             ORDER

METROPOLITAN TRANSPORTATION   :
AUTHORITY, *et al.*,               :

                                 :

                  Defendants.  :

                                 :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On June 30, 2026, Plaintiff requested a sixty-day stay of discovery to allow the parties to participate in mediation.  Dkt. No. 19.  Plaintiff's request for a stay of discovery is DENIED without prejudice.  This case has been referred to Magistrate Judge Robert W. Lehrburger for general pretrial management and motions requiring a report and recommendation.  Dkt. No. 7. Should Plaintiff wish to renew his request, he must direct it to Judge Lehrburger.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

       SO ORDERED.

Dated:  June 30, 2026
        New York, New York

                                 _____
                                    GREGORY H. WOODS
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/30/2026