Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-1627
Direct Fax: 718 425-8968

sclark@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Emily Huang
Zachary S. Kaplan
James Y. Kim*
Natalia R. LaMorta
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Ashley Rajakaruna
Philip R Reid*
Richard E. Schirmer
Morris J. Schlaf*
Christian Schlegel
Lantao Sun
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Roger Wong
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

Granted. Discovery is stayed until **September 21, 2026**, at which point the stay will lift automatically.

SO ORDERED:

7/21/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Sent Via ECF
Honorable Robert Lehrburger
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007

July 21, 2026

Judge Lehrburger

I represent the Plaintiff, Rajib Das ("Das"), in the above action, and write jointly with the Defendant to request a stay of discovery for 60 days.

Das, a ten-year veteran of the Metropolitan Transit Authority ("MTA"), brought this action after Defendant MTA failed to accommodate his Gout diagnosis following his transfer on or about February 2022 from a position that previously accommodated him.

The parties participated in the mandatory mediation on June 24, 2026, and although it was unsuccessful, they agreed to proceed with a second mediation session on July 31, 2026. Das is still employed by the MTA and has no desire to resign at this time. As such, any potential settlement must include accommodation for his disability.

The stay is necessary for the Defendants to conduct an internal inquiry into which open positions are suitable to accommodate the Plaintiff's gout diagnosis.

Thank you for your time and consideration of this matter.

SACCO & FILLAS, LLP

Scott William Clark

Scott William Clark, Esq.
3119 Newtown Ave
Astoria, New York 11102
Tel: 718- 269-1627
sclark@SaccoFillas.com